NATIONAL LABOR RELATIONS BOARD,
Petitioner, v. UNITED BROTHERHOOD
OF CARPENTERS AND JOINERS OF
AMERICA, DISTRICT COUNCIL OF
KANSAS CITY, MISSOURI, and Vicinity,
A. F. of L., and Walter A. Said, as Agent
for United Brotherhood of Carpenters and
Joiners of America, District Council of
Kansas City, Missouri, and Vicinity, A. F.
of L., Respondents.

No. 3969.

United States Court of Appeals
Tenth Circuit.

Dec. 19, 1949.

Rehearing Denied Jan. 11, 1950.

Dominick Manoli, Washington, D. C.
(David P. Findling, Assoc. Gen. Counsel,
A. Norman Somers, Asst. Gen. Counsel,
and Harvey B. Diamond, Atty., National
Labor Relations Board, Washington, D. C.,
on the brief), for petitioner.

Clif Langsdale, Kansas City, Mo., for
respondents.

Before PHILLIPS, Chief Judge, and
BRATTON and HUXMAN, Circuit Judg-
es.

PER CURIAM.

The motion to dismiss is denied on au-
thority of National Labor Relations Board

1. No District Court opinion for publication.

v. Pennsylvania Greyhound Lines, Inc., 303 U.S. 261, 271, 58 S.Ct. 571, 82 L.Ed. 831, 115 A.L.R. 307, and Walling v. Helmerich & Payne, 323 U.S. 37, 43, 65 S.Ct. 11, 89 L.Ed. 29.

HUXMAN, Circuit Judge, dissents.